IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM S. POWELL, #271 930, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:19-CV-413-MHT |
| ) | [WO] |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Respondent. ) | |

## **ORDER ON MOTION**

It is ORDERED that Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2) is GRANTED.

DONE, this 17th day of June 2019.

    /s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE